MARTIN FAHY, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Argued October 9, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 3, 1891, which affirmed a judgment in favor

of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William H. Gilman* for appellant.

*Henry Purcell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. ——————————